387 A.2d 116

Furlong, et al. v. Haslett, et ux., Appellants.

616

Argued December 13, 1977.  Frank J. Marcone, submitted a brief for appellants;  Louis J. DiGiacomo, with him Joseph J. Kuter, for appellees.

Judgment affirmed.